United States District Court
Southern District of Texas

**ENTERED**

March 29, 2017

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.

STEPHEN E. STOCKMAN
(1-12, 14-22, 24, 27-28)

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

CRIMINAL NO:  H-17-116

## ORDER FOR ISSUANCE OF NOTICE

A   SUPERSEDING INDICTMENT   has been filed against the defendant who is

☒ Released on Conditions  ☐ Detained  ☐ In Custody      It is

ORDERED that a notice be issued for the appearance of said defendant *April 5 2017*

at *2:00 pm*

SIGNED at Houston, Texas, on   *March 28*, 20 *17*.

UNITED STATES MAGISTRATE JUDGE