UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                              Case Number: 4:17–cr–00116

Stephen E Stockman

NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Nancy K Johnson

**PLACE:**
Courtroom 700
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  4/10/2017

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Arraignment

Date:   April 6, 2017

David J. Bradley, Clerk