United States District Court
Southern District of Texas
**ENTERED**
July 25, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-17-116-3 |
| | § | **COMPLEX CASE** |
| JASON T. POSEY | § | |

# ORDER

Defendant Jason T. Posey filed an unopposed motion to certify the case as complex. (Docket Entry No. 73). The court finds that the interest of justice are served by granting the motion and certifying the case as complex, and that the scheduling and docket control order in place before Posey's arrest applies to him, in conformity with the speedy trial act.

SIGNED on July 25, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge