United States District Court
Southern District of Texas
**ENTERED**
August 22, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL ACTION NO. H-17-116 |
| STEPHEN E. STOCKMAN<br>JASON T. POSEY | § § | |

## AMENDED SCHEDULING AND
## DOCKET CONTROL ORDER

The scheduling and docket control order is amended. The following deadlines apply to the work remaining in this case.

| | |
|---|---|
| Motions other than motions in limine are to be filed by: | **October 12, 2017** |
| Responses are to be filed by: | **November 2, 2017** |
| The third interim pretrial conference is set for: | **October 16, 2017 at 8:30 a.m.** |
| The motions in limine, exhibit lists, and witness lists are to be filed by: | **January 18, 2018** |
| The final pretrial conference is reset to: | **January 22, 2018 at 8:30 a.m.** |
| Jury selection and trial are reset to: | **January 29, 2018 at 8:30 a.m.** |

SIGNED on August 21, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge