UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                       Case Number: 4:17−cr−00116

Jason T Posey

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 10/11/2017

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date:   October 4, 2017

David J. Bradley, Clerk