United States District Court
Southern District of Texas
**ENTERED**
October 11, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | 4:17-cr-116 (2) |
| | § | (Hon. Lee H. Rosenthal) |
| STEPHEN STOCKMAN | § | |

### ORDER ON DEFENDANT'S UNOPPOSED MOTION
### TO EXTEND DEADLINE FOR FILING PRETRIAL MOTIONS

ON THIS DATE THE COURT CAME TO CONSIDER Defendant Stephen Stockman's Unopposed Motion to Extend Deadline for Filing Pretrial Motions. The Motion is:

__✓__ GRANTED. Pretrial Motions are due by October 26, 2017; or

Pretrial Motions are due by _October 26_, 2017; and

Responses are due by: _November 16, 2017_.

_____ DENIED.

SIGNED ON THIS THE _10th_ DAY OF _October_, 2017.

UNITED STATES DISTRICT JUDGE