IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | 4:17-cr-116 (2) |
| | § | (Hon. Lee H. Rosenthal) |
| STEPHEN STOCKMAN | § | |

## DEFENDANT STOCKMAN'S REQUEST FOR PRETRIAL NOTICE OF RULE 404(b) AND RULE 609 MATERIAL

COMES NOW STEPHEN STOCKMAN, Defendant, through counsel Sean Buckley and Gary Tabakman, and files this Request for Notice of 404(b) and 609 Material.

Stockman respectfully requests that the Government provide reasonable pretrial notice of all material it intends to use pursuant to F.R.E. 404(b) and / or F.R.E. 609.

Respectfully submitted,

/s/ Sean Buckley
Sean Buckley
770 S. Post Oak Ln., Ste. 620
Houston, Texas  77056
TEL:  713-380-1220
FAX:  713-552-0746
buckleyfirm@gmail.com
State Bar No. 24006675

/s/ Gary Tabakman
Gary Tabakman
JP Morgan Chase Building
712 Main Street, Suite 2400
Houston, Texas 77002
TEL:  713-228-8500
FAX:  713-228-0034
gary@bdslawfirm.com
State Bar No. 24076065

## **CERTIFICATE OF SERVICE**

I certify that on October 26, 2017 I provided a copy of this Motion to counsel for the United States, and all parties, via the ECF system.

                                                  /s/ Sean Buckley
                                                  Sean Buckley