UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                              Case Number: 4:17–cr–00116

Stephen E Stockman

NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 8B
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 11/7/2017

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Dismiss Count(s) – #92
Motion to Dismiss Count(s) – #93
Motion to Dismiss Count(s) – #94
Motion to Dismiss Count(s) – #95
Motion to Strike – #96
Motion for Pretrial Notice of 404(b)Evidence – #97
Motion to Continue – #98

Date:   October 30, 2017

David J. Bradley, Clerk