*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| *versus* § | **CRIMINAL DOCKET 4:17-CR-116-01** |
| § | **JUDGE LEE ROSENTHAL** |
| **THOMAS DODD** § | |

## UNOPPOSED MOTION TO TRAVEL

*TO THE HONORABLE LEE ROSENTHAL*:

Thomas Dodd asks permission to travel and shows the following in support of this request:

1. Dodd pleaded guilty to campaign finance related offenses. He is in compliance with conditions of release imposed by the Magistrate Judge.

2. Dodd would like to travel to see friends in Pine Bluff, Arkansas, from November 21 to November 28

3. The AUSA and the Pretrial Services Office are unopposed to this motion.

4. Dodd asks the Court for permission to undertake this trip.

Respectfully submitted,

/s/ David Adler
_____

David Adler
State Bar of Texas 00923150
Southern District of Texas 17942
6750 West Loop South
Suite 120
Bellaire (Houston), Texas 77401
(713) 666-7576
(713) 665-7070 (Fax)

Attorney for Defendant,
Thomas Dodd

CERTIFICATE OF SERVICE

A copy of this motion was served upon the AUSA by CM/ECF on November 6, 2017.

/s/ David Adler
_____
David Adler

CERTIFICATE OF CONFERENCE

The AUSA and the Pretrial Services Officer are unopposed to this motion.

/s/ David Adler
_____
David Adler

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *versus* | § | **CRIMINAL DOCKET 4:17-CR-116-01** |
| | § | **JUDGE LEE ROSENTHAL** |
| **THOMAS DODD** | § | |

## **ORDER**

Dodd's unopposed motion to travel is:

Granted,

Dodd may travel as stated in his motion.

Denied.

Signed on November _____, 2017.

_____
Lee Rosenthal
United States District Judge