United States District Court
Southern District of Texas
**ENTERED**
November 13, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-17-116 |
| | § | |
| STEPHEN E. STOCKMAN | § | |

**O R D E R**

Defendant Stephen Stockman filed an opposed motion for continuance, (Docket Entry No. 98). The court held a hearing on this motion on November 7, 2017. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Interim Pretrial conference is set for: | **December 1, 2017 at 8:30 a.m.** |
| Second Interim Pretrial conference is set for: | **January 12, 2018, at 8:30 a.m.** |
| Final Pretrial conference is reset to**:** | **March 9, 2018 at 8:30 a.m.** |
| Jury trial and selection are reset to: | **March 19, 2018 at 9:00 a.m.** |

SIGNED on November 13, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge