United States District Court
Southern District of Texas
**ENTERED**
December 30, 2021
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. H-17-116-2 |
| | § | CIVIL ACTION NO. H-21-3239 |
| | § | |
| STEPHEN E. STOCKMAN | § | |

**FINAL JUDGMENT**

For the reasons set out in this court's Memorandum and Order Denying 28 U.S.C. § 2255 Motion entered this date, this civil action is dismissed with prejudice.

This is a final judgment.

SIGNED on December 30, 2021, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge