United States District Court
Southern District of Texas
**ENTERED**
November 03, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>STEPHEN E. STOCKMAN,<br>Defendant,<br><br>and<br><br>THE NATIONAL AERONAUTICS SPACE ADMINISTRATION C/O DEPARTMENT OF INTERIOR,<br>Garnishee. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CRIMINAL NO. 4:17-CR-116-02 |

# FINAL ORDER OF GARNISHMENT

Defendant, Stephen E. Stockman, was ordered to pay $1,014,718.51 in restitution plus interest at a rate of 2.500%. As of September 29, 2022, Defendant owed $915,483.18 in restitution, and the United States has moved for a Final Order of Garnishment against the nonexempt property of the Defendant and the Defendant's spouse, Patti Ferguson Stockman. The Court, having considered the Government's application and any answers filed thereto, now finds that the entry of the Final Order of Garnishment is in all respects proper. Therefore, the Court ORDERS as follows:

1. Garnishee, The National Aeronautics Space Administration c/o Department of Interior, and its affiliates, successors, or assigns, is hereby ordered to pay to the United States within fifteen (15) days from the date of this Order the property

that it has in its possession, custody, or control, including property coming into Garnishee's possession, custody, or control from the date the Garnishee was served with the Writ, up to the amount of the debt owed in this case. Garnishee is ordered to pay to the United States at least monthly the lesser of:

a. Twenty-five (25) percent of the disposable earnings of the Defendant's spouse, or

b. All amounts of the spouse's disposable earnings in excess of thirty (30) times the federal minimum hourly wage. *See* 15 U.S.C. § 1673(a).

"Disposable earnings" means that part of earnings remaining after all deductions required by law have been withheld. *See* 28 U.S.C. §3002(1)(5).

2. These sums are to be applied towards the Judgment rendered in criminal case number 4:17-CR-116-02. Cashier's checks or money orders bearing criminal case number 4:17-CR-116-02 should be made payable and mailed to the UNITED STATES DISTRICT CLERK, ATTN; FINANCE, 515 RUSK SUITE 5300, HOUSTON, TX 77002.

3. Upon receipt, the United States District Clerk shall apply the funds towards the restitution obligation imposed by the Judgment rendered in criminal case number 4:17-CR-116-02. The District Clerk shall also apply any funds already received from the Garnishee and held by the District Clerk to the restitution obligation imposed by the judgment.

4. Garnishee shall continue to garnish the wages until the debt is paid in full, or termination of the garnishment by statute or order of this Court.

5. The United States District Clerk is directed to deliver copies of this Order to the following:

The National Aeronautics Space Administration c/o Department of Interior,
and its affiliates, successors, or assigns:
7301 West Mansfield Avenue
Lakewood, CO 80235
Garnishee

Stephen E. Stockman
Via Attorney of Record
Defendant

Patti Ferguson Stockman
Via Attorney of Record
Defendant's spouse

Anthony Franklyn
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Attorney for the United States of America

Signed in Houston, Texas on November 2, 2022.

LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE